IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT HAMPTON                                                                    PLAINTIFF

vs.                                            Civil No. 1:12-cv-1117

JOHNNIE GLENN MILLER                                                        DEFENDANT

## ORDER

     Before the Court is the Report and Recommendation filed April 11, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant recommends that Plaintiff's Motion for Service (ECF No. 2) and Motion for Temporary Restraining Order (ECF No. 3) be denied. He also recommends that Plaintiff's Complaint (ECF No. 1) be dismissed. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Plaintiff's Motion for Service and Motion for Temporary Restraining Order are **DENIED.** Plaintiff's Complaint is hereby **DISMISSED**.

     **IT IS SO ORDERED**, this 30th day of April, 2013.

                                                      /s/ Susan O. Hickey
                                                      Susan O. Hickey
                                                      United States District Judge